THE HONORABLE RICHARD A JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE CONSOLIDATED LITIGATION OVER FIRE ABOARD THE APL PERU | Case No.: 09-cv-00169-RAJ |
| DAVID PEYSER SPORTSWEAR, INC., et al., | DECLARATION OF RODNEY Q. FONDA IN SUPPORT OF MOTION TO COMPEL DEFENDANT SPECTRUM BRANDS, INC.'S INITIAL DISCLOSURES |
| Plaintiffs, | |
| v. | |
| SPECTRUM BRANDS, INC., et al., | |
| Defendants. | |

Rodney Q. Fonda deposes and states:

1.  I am the principal attorney for plaintiffs David Peyser Sportswear, et al, in this action and make this declaration aware of my duties as an officer of the court.

2.  This action was filed in February, 2009. At that time, although I was unaware of the fact when I signed the complaint, defendant Spectrum Brands, Inc. had already filed for bankruptcy protection under Chapter 11. Accordingly, the action was stayed. December 16, 2009, Spectrum counsel filed notice with the court that the bankruptcy action had been dismissed; accordingly the stay was lifted.

DECLARATION OF RODNEY Q. FONDA IN SUPPORT OF MOTION TO COMPEL DEFENDANT SPECTRUM BRANDS, INC.'S INITIAL DISCLOSURES - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

3. Thereafter, I have had several discussions and exchanges with counsel for Spectrum about Initial Disclosures, without any results. By e-mail on January 13, 2010, I proposed a Rule 37 conference on January 19, 2010 to discuss the issue. Hearing no response to that suggested date and time, I called counsel to discuss but he was unavailable. I sent an e-mail advising that I had been unable to reach him and asking when the Initial Disclosures would be forthcoming but I did not receive any response.

I declare the foregoing to be true and accurate to the best of my knowledge.

Dated this 4th day of February, 2010 at Seattle, Washington.

                COZEN O'CONNOR

By:   */s/ Rodney Q. Fonda*
Rodney Q. Fonda, WSBA No. 6594
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington 98101
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783

Attorneys for Plaintiffs
David Peyser Sportswear, Inc., National
Liability and Fire Ins. Co., Fireman's Fund
Insurance Company, et al.

DECLARATION OF RODNEY Q. FONDA IN SUPPORT OF
MOTION TO COMPEL DEFENDANT SPECTRUM BRANDS,
INC.'S INITIAL DISCLOSURES - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2010, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendant/Cross Defendant Spectrum Brands, Inc.:**
Raymond P. Hayden
James A. Saville , Jr.
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, New York 10006
Phone:  212.696.0600
E-mail:   jsaville@hillrivkins.com
              rhayden@hillrivkins.com
**and**
Stephen P. VanDerhoef, WSBA No. 20088
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone:  206.254.4421
E-mail:   svanderhoef@cairncross.com

**Attorneys for Additional Defendants/Cross Defendants DHL Global Forwarding (Hong Kong) Limited and DHL ISC (Hong Kong) Limited:**
Christopher W. Nicoll, WSBA No. 20771
Nicoll Black & Feig
816 Second Avenue, Suite 300
Seattle, Washington 98104
Phone:  206.838.7555
E-mail:   cnicoll@nicollblack.com
**and**
James W. Carbin
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, New Jersey  07102
Phone:  973.424.2000
E-mail:   JWCarbin@duanemorris.com
**and**
Alissa M. Christie
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Phone:  857.488.4200
E-mail:   AMChristie@duanemorris.com

DECLARATION OF RODNEY Q. FONDA IN SUPPORT OF
MOTION TO COMPEL DEFENDANT SPECTRUM BRANDS,
INC.'S INITIAL DISCLOSURES - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

**Attorneys for Plaintiff Intervenors Rane Corporation; C2F Inc.; National Industrial Concepts, Inc.; Venom Group International; Motor Components, LLC; and Expeditors International of Washington, Inc.:**

Tom Montgomery, WSBA No. 19998
Kelsey Endres, WSBA No. 39409
Montgomery Scarp MacDougall, PLLC
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Phone:  206.625.1801
E-mail:  tom@montgomeryscarp.com
         kelsey@montgomeryscarp.com

**Attorneys for Plaintiffs Mitsui Sumitomo Insurance Co., Ltd.; Mitsui Sumitomo Insurance Co. of America; MSIG Insurance and Adjusting (Thailand) Co., Ltd.; Mitsui Sumitomo Insurance Company (Singapore) PTE, Ltd.; MSIG Insurance (Hong Kong) Limited; and Mitsui Sumitomo Insurance (China) Co., Ltd.:**

Michelle Buhler, WSBA No. 16235
Danielson Harrigan Leyh & Tollefson LLP
999 Third Avenue, Suite 4400
Seattle, Washington 98104
Phone:  206.623.1700
Fax:  206.623.8717
Email:  michelleb@dhlt.com

DATED this 4th day of February, 2010.

           COZEN O'CONNOR

By:   */s/ Bonnie L. Enera*
      Bonnie L. Enera, Legal Assistant
      COZEN O'CONNOR
      1201 Third Avenue, Suite 5200
      Seattle, Washington  98101
      Telephone: 206.340.1000
      Toll Free Phone: 800.423.1950
      Facsimile: 206.621.8783

SEATTLE\930527\1  228263.000

DECLARATION OF RODNEY Q. FONDA IN SUPPORT OF MOTION TO COMPEL DEFENDANT SPECTRUM BRANDS, INC.'S INITIAL DISCLOSURES - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000